JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUNIZ, et al.<br><br>　　　　　　　Plaintiff,<br><br>　　-v-<br><br>BP PRODUCTS NORTH AMERICA INC., et al.<br><br>　　　　　　　Defendants. | Case   No.CV11-9165-DOC(MLGx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　The Court having been advised by counsel for the parties that the above-entitled action has been settled;

　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: April 10, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge